18 A.3d 1145

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Robert BLISS, Petitioner.**

Supreme Court of Pennsylvania.

May 3, 2011.

*ORDER*

PER CURIAM.

**AND NOW,** this 3rd day of May, 2011, the Petition for Allowance of Appeal is **DENIED.**

Justice ORIE MELVIN did not participate in the consideration or decision of this matter.